# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00626-GCM-DSC

| | |
|---|---|
| AISLIN K. GRAUPENSPERGER,<br><br>Plaintiff,<br><br>v.<br><br>SECURIAN FINANCIAL GROUP, INC.,<br>MINNESOTA LIFE INSURANCE COMPANY,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Defendants' Motion to Dismiss the First Amended Complaint (ECF No. 10) and the Memorandum and Recommendation (M&R) of the Honorable David S. Cayer, United States Magistrate Judge (ECF No. 14). In his M&R, Judge Cayer recommended granting Defendants' Motion to Dismiss the First Amended Complaint. *Id*. at 6. Plaintiff timely filed an objection, and Defendants responded. *See* ECF No. 15 & 16.

The Court has conducted a *de novo* review of the M&R, the objections, and the response. Having reviewed the entire record and the applicable authorities, the Court concludes that the recommendation to grant the Defendants' Motion to Dismiss is well-reasoned, correct, and in accordance with law.

**IT IS THEREFORE ORDERED** that:

1. The M&R (ECF No. 14) is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Objections to the M&R (ECF No. 15) are **OVERRULED**.

3. The Motion to Dismiss (ECF No. 10) is **GRANTED**, and this case is **DISMISSED** with prejudice.

**SO ORDERED**.

Signed: July 20, 2022

Graham C. Mullen
United States District Judge